1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARITECH, INC., a Washington Corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>GREEN SOURCE AUTOMATION, LLC, a California Limited Liability Company,<br><br>                    Defendant. | Case No. 1:11-CV-00156-GSA<br><br>**ORDER GRANTING MOTION TO STAY PENDING RE-EXAMINATION BY UNITED STATES PATENT AND TRADEMARK OFFICE**<br><br><br>**HON. GARY S. AUSTIN** |
| GREEN SOURCE AUTOMATION, LLC, a California Limited Liability Company,<br><br>                    Counterclaimant,<br><br>vs.<br><br>DARITECH, INC.,<br><br>                    Counterdefendant. | (Doc. 27) |

Defendant's filed a Motion to Stay the Case Pending Re-Examination by the United States Patent and Trademark Office [Doc. 27]. Plaintiff has filed a non-opposition to the motion [Doc. 28]. For the reasons set forth herein, Defendant's motion is GRANTED.

Three factors are considered when evaluating a motion to stay: (1) the stage of the litigation; (2) whether a stay would cause undue prejudice or present a clear disadvantage to the non-moving party; and (3) whether a stay will simplify the issues in question and trial of the

case. *See*, *Dataquill Limited v. High Tech Computer Corp.* 2009 U.S. Dist. LEXIS 42178, *4 (S.D.Cal. 2009). Upon a review of the pleadings, the Court finds that a stay of proceedings is appropriate pending the conclusion of the reexamination of the patents-in-suit.

Accordingly, Defendant's motion is GRANTED and the instant matter is STAYED. Defendant is advised that it shall file a status report every 120 days until the proceedings at the United States Patent and Trademark Office are completed. Moreover, both parties are responsible for notifying this Court when the United States Patent and Trademark office has completed its examination. Such notification shall include a report outlining how the results of those proceedings affect the instant action.

In light of the above, the hearing on the Motion to Stay currently set for August 5, 2011, at 9:30 am as well as the scheduling conference scheduled for July 14, 2011 are hereby VACATED. Defendant shall file its first status report on or before November 11, 2011.

**IT IS SO ORDERED.**

**DATED:   July 8, 2011**                              **/s/ Gary S. Austin**
                                                                          UNITED STATES MAGISTRATE JUDGE