Duncan C. Turner, #20597
*Admitted Pro Hac Vice*
duncanturner@badgleymullins.com
BADGLEY~MULLINS LAW GROUP
Columbia Center
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
Telephone: 206-621-6566
Facsimile: 206-621-9686

John L.B. Smith, #067592
jsmith@bakermanock.com
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, CA 93704
Telephone: 559-432-5400
Facsimile: 559-432-5620

Attorneys for Plaintiff, DARITECH, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARITECH, INC., a Washington corporation,<br><br>Plaintiff,<br>vs.<br><br>GREEN SOURCE AUTOMATION, LLC, a California limited liability company,<br><br>Defendant. | Case No.: 1:11-CV-00156-BAM<br><br>STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

It is hereby stipulated by Plaintiff Daritech, Inc. ("Daritech") and Defendant Green Source Automation, LLC ("Green Source"), through their undersigned counsel, that Daritech's claims against Defendant and Green Source's counterclaims against Daritech be dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)91)(A)(ii), without an award of costs or fees to any party.

Respectfully submitted this 13th day of November, 2013.

| | |
|---|---|
| */s/ Duncan C. Turner* | */s/ Ronnie Fischer* |
| *Original signature on file* | Ronnie Fischer, No. 35620 |
| Duncan C. Turner, WSBA NO. 20597 | Fischer Law Firm, P.C. |
| (*admitted Pro Hac Vice*) | 1777 S. Harrison Street, Suite 1500 |
| Badgley Mullins Law Group PLLC | Denver, CO 80210 |
| 701 Fifth Avenue, Suite 4750 | Telephone: 303-146-2500 |
| Seattle, WA 98104 | Facsimile: 303-756-2506 |
| Telephone: 206-621-6566 | Email: Ronnie@fischeresq.com |
| Facsimile: 206-621-9686 | |
| Email: duncanturner@badgleymullins.com | |
| | */s/ Kenton J. Klassen* |
| */s/ John L.B. Smith* | Kenton J. Klassen, No. 124118 |
| *Original signature on file* | Dowling, Aaron & Keeler, Inc. |
| John L. B. Smith, No. 067592 | 8080 North Palm Avenue, Third Floor |
| Baker Manock & Jensen PC | P.O. Box 28902 |
| Fig Garden Financial Center | Fresno, CA 93729-8902 |
| 5260 North Palm Avenue, Fourth Floor | Telephone: 559-432-4500 |
| Fresno, CA 93704 | Facsimile: 559-432-4590 |
| Email: jsmith@bakermanock.com | Email: kklassen@daklaw.com |
| **Attorneys for Plaintiff** | **Attorneys for Defendant** |

### ORDER

Pursuant to the joint stipulation of dismissal filed on November 13, 2013, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and court costs. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **November 14, 2013**            /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE